BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00303 TLN |
|---|---|
| Plaintiff, | AMENDED STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| RITO G. GONZALEZ-VILLASEÑOR, AND ALVARO G. ARTEAGA-SANTANA, | |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on November 21, 2013.

2. By this stipulation, defendants now move to continue the status conference until January 16, 2014, at 9:30 a.m., and to exclude time between November 21, 2013, and January 16, 2014, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes investigative reports and photographs on 3 DVDs. All of this discovery has been produced directly to counsel.

   b) The United States anticipates making plea offers to the defendants in the next few

weeks.

        c)      Counsel for defendants desire additional time to review discovery for this matter, to discuss potential resolutions with their clients, including reviewing discovery as it relates to the plea agreements, and to otherwise prepare for trial.

        d)      Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        e)      The United States does not object to the continuance.

        f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 21, 2013 to January 16, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

   4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

1   IT IS SO STIPULATED.

Dated:  November 18, 2013                         BENJAMIN B. WAGNER
                                                  United States Attorney

                                                  /s/ *TODD A. PICKLES*
                                                  TODD A. PICKLES
                                                  Assistant United States Attorney


Dated:  November 18, 2013                         */s/ TODD A. PICKLES FOR*
                                                  GILBERT ROQUE, ESQ.
                                                  Counsel for Defendant ALVARO G.
                                                  ARTEAGA-SANTANA


Dated:  November 18, 2013                         */s/ TODD A. PICKLES FOR*
                                                  ERIN RADEKIN, ESQ.
                                                  Counsel for Defendant RITO G. GONZALEZ-
                                                  VILLASEÑOR


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 19th day of November, 2013


_____
Troy L. Nunley
United States District Judge

AMENDED STIPULATION TO CONTINUE STATUS AND           3
EXCLUSION OF TIME; FINDINGS AND ORDER