ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
RITO G. GONZALEZ-VILLASENOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **2:13-CR-00303-TLN** |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | |
| RITO G. GONZALEZ-VILLASENOR | |
| Defendants. | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Todd Pickles, and defendant, Rito G. Gonzalez-Villasenor, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, January 16, 2014 at 9:30 a.m., and to continue the status conference to February 13, 2014 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

The reason for this request is that Ms. Radekin needs additional time to evaluate the plea agreement provided by the government, discuss the agreement with the defendant, and possibly engage in further discussion with the government concerning the terms of the agreement.  The Court is advised that Mr. Pickles concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

1

        The parties further agree and stipulate that the time period from the filing of this stipulation until February 13, 2014 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

        Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

```
Dated: January 11, 2014                 BENJAMIN WAGNER
                                        United States Attorney

                                        By:           /s/ Todd Pickles
                                         TODD PICKLES
                                        Assistant United States Attorney


Dated: January 11, 2014                    /s/ Erin J. Radekin
                                        ERIN J. RADEKIN
                                        Attorney for Defendant
                                        RITO G. GONZALEZ-VILLASENOR
```

**ORDER**

        For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference of January 16, 2014 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on February 13, 2014 at 9:30 a.m.  The court finds excludable time in this matter through February 13, 2014 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting

the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(7)(A), (h)(7)(B)(iv).

**IT IS SO ORDERED.**

Dated: January 14, 2014

_____
Troy L. Nunley
United States District Judge