ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
RITO G. GONZALEZ-VILLASENOR


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-CR-00303-TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| | ) | |
| RITO G. GONZALEZ-VILLASENOR, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Todd Pickles, and defendant, Rito G. Gonzalez-Villasenor, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, February 13, 2014 at 9:30 a.m., in the above-captioned matter, and to continue the status conference to March 13, 2014 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

The reason for this request is that the parties are still working on resolving a term of the plea agreement relevant to calculation of the applicable guideline sentence.  Mr. Gonzalez-Villasenor is prepared to enter a guilty plea; this term is the sole remaining issue the parties need to resolve.  The parties thus need additional time to engage in further

investigation, discovery, and discussion concerning this issue.  The Court is advised that Mr. Pickles concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until March 13, 2014 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: February 11, 2014        BENJAMIN WAGNER
                                United States Attorney

                                By:   /s/ Todd Pickles
                                      TODD PICKLES
                                      Assistant United States Attorney

Dated: February 11, 2014         /s/ Erin J. Radekin
                                ERIN J. RADEKIN
                                Attorney for Defendant
                                RITO G. GONZALEZ-VILLASENOR

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of February 13, 2014 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on March 13, 2014 at 9:30 a.m.  The Court finds excludable time in this matter through March 13, 2014 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: February 11, 2014

_____
Troy L. Nunley
United States District Judge