ERIN J. RADEKIN
Attorney at Law - SBN 214964
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 446-3331
Facsimile: (916) 447-2988

Attorney for Defendant
RITO G. GONZALEZ-VILLASENOR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-CR-00303-TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | |
| | ) | |
| RITO G. GONZALEZ-VILLASENOR, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Todd Pickles, and defendant, Rito G. Gonzalez-Villasenor, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, April 3, 2014 at 9:30 a.m., in the above-captioned matter, and to continue the status conference to May 1, 2014 at 9:30 a.m. in the courtroom of the Honorable Troy L. Nunley.

The reason for this request is as follows: The government has provided a plea agreement to the defense, and the parties have discussed such agreement and made modifications.  The plea agreement is now in a form acceptable to Mr. Gonzalez-Villasenor.  Ms. Radekin has gone over the plea agreement with Mr. Gonzalez-Villasenor and advised him that, because he is not a United States citizen, a consequence of entering a guilty plea under

the plea agreement is that he will stand convicted of an aggravated felony for immigration purposes, which entails a number of additional serious consequences. Ms. Radekin has advised Mr. Gonzalez-Villasenor that he will be deportable and inadmissible as a result of conviction of an aggravated felony; however, he has requested that Ms. Radekin determine the availability of discretionary relief from these consequences. Ms. Radekin needs additional time to conduct such research and to communicate with an immigration attorney. Further, Mr. Gonzalez-Villasenor has requested additional time to discuss the plea agreement and the immigration consequences of such agreement with his family, and to discuss whether the family should retain an immigration attorney. The Court is advised that Mr. Pickles concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until May 1, 2014 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow reasonable time necessary for effective defense preparation. It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: March 28, 2014                    BENJAMIN WAGNER
                                         United States Attorney

                                    By:  /s/ Todd Pickles
                                         TODD PICKLES
                                         Assistant United States Attorney

Dated: March 27, 2014                    /s/ Erin J. Radekin
                                         ERIN J. RADEKIN
                                         Attorney for Defendant
                                         RITO G. GONZALEZ-VILLASENOR

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of April 3, 2014 at 9:30 a.m. is VACATED and the above-captioned matter is set for status conference on May 1, 2014 at 9:30 a.m.  The Court finds excludable time in this matter through May 1, 2014 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: March 28, 2014

_____
Troy L. Nunley
United States District Judge